# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KELLI ERNST and
PAUL RYAN,

      Plaintiffs,

vs.                                                 Case No. 11-C-00448

KRAFT PIZZA COMPANY, METROPOLITAN
LIFE INSURANCE COMPANY AND
ADAM BELENZON,

      Defendants/Third-party Plaintiffs,

vs.

JOEL RYAN,

      Third-party Defendant.

## ORDER GRANTING SUMMARY JUDGMENT AND DISMISSAL

      WHEREAS Default Judgment was entered in the above-entitled action against Defendant Adam Belenzon;

      WHEREAS the Defendant's Metropolitan Life Insurance Company and Kraft Pizza Company have deposited the entire proceeds of the insurance policy on the life of the late Jacquelyn Belenzon;

      WHEREAS the Plaintiffs in the above entitled action filed a Summary Judgment Motion requesting that they be awarded the proceeds from Metropolitan Life Insurance Company and Kraft Pizza Company life insurance policy on the life of the late Jacquelyn Belenzon;

      WHEREAS Attorney Ronald Venci was given a ten (10) day period of time to object to the Plaintiffs Summary Judgment Motion;

WHEREAS Attorney Ronald Venci has not filed an object to the Court granting the Plaintiffs' Summary Judgment Motion in favor of Plaintiffs Kelli Ernst and Paul Ryan.

NOW THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1. That Metropolitan Life Insurance Company and Kraft Pizza Company are hereby dismissed as Defendants in the above-entitled case.

2. That Judgment may be entered in favor of the Plaintiffs Kelli Ernst and Paul Ryan pursuant to their Summary Judgment Motion.

3. That the Guardian ad Litem's fees of Attorney Ronald Venci shall be paid from the funds on deposit with the Clerk of Court.

4. That the remaining funds shall be paid to the Plaintiffs Kelli Ernst and Paul Ryan.

5. That the case shall be dismissed with prejudice and without further costs or attorney fees being awarded to any party.

Dated this   23rd   day of November, 2011.

> BY THE COURT:
>
> s/ William C. Griesbach
> Honorable William C. Griesbach
> U.S. District Judge