# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KELLI ERNST and PAUL RYAN,

    Plaintiffs,

vs.                                                                Case No. 11-C-00448

KRAFT PIZZA COMPANY, METROPOLITAN
LIFE INSURANCE COMPANY AND
ADAM BELENZON,

    Defendants/Third-party Plaintiffs,

vs.

JOEL RYAN,

    Third-party Defendant.

## ORDER

The Guardian ad Litem appointed by the Court in this matter has submitted a bill for his fees and services. The Court finds the bill submitted by the guardian ad litem to be fair and reasonable, and that the services performed were necessary to the action. Accordingly, the fees are approved and the clerk is directed to pay such amount out of the proceeds deposited in the Court registry, with the balance to be paid as stated in the Judgment previously entered.

**SO ORDERED** this   13th   day of December, 2011.

                                               BY THE COURT:

                                               s/ William C. Griesbach
                                               Honorable William C. Griesbach
                                               U.S. District Judge